# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CHASITY PINKSTON**, | * |
| | * |
| Plaintiff, | * |
| | *   No. |
| v. | * |
| | * |
| **FLASH FOODS, LLC; JOHN DOE A**; | *   JURY DEMANDED |
| and **JOHN DOES NO.'S 1-10** | * |
| | * |
| Defendants. | * |

## NOTICE OF REMOVAL

Without submitting to the jurisdiction of this Court and without waiving any available defenses, including, without limitation, lack of jurisdiction, improper venue, statute of limitations, insufficient process, or insufficient service of process, Defendant Flash Foods, LLC ("Flash Foods"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby files this Notice of Removal of the above-captioned action from the Superior Court of Newton County, State of Georgia, where this action is now pending, to the United States District Court for the Northern District of Georgia, Atlanta Division. As grounds for removal, Flash Foods states as follows:

1.  The Plaintiff, Chasity Pinkston ("Pinkston"), commenced this action in the Superior Court of Newton County, Georgia on December 3, 2020 and forwarded copies of the Complaint, summons, and a request for waiver of service of process to

Flash Foods via certified US Mail, which Flash Foods received on December 16, 2020. Therefore, removal is timely.

2. This is a civil action for damages arising out of alleged injuries the Plaintiff sustained in a slip-and-fall incident at a Flash Foods store located at 4175 Salem Road in Covington, Newton County, Georgia.

3. The United States District Court for the Northern District of Georgia, Atlanta Division has jurisdiction by reason of diversity of citizenship of the parties. 28 U.S.C. § 1332.

4. This is a suit between citizens of different states. At the time she commenced this action and at all times thereafter, Pinkston was and continues to be a citizen and resident of the State of Georgia.

5. Flash Foods is a limited liability company whose sole member is Alimentation Couche-Tard, Inc., a publicly held Canadian corporation. A limited lia liability company's citizenship is solely determined by the citizenship of its members. *See Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017). Thus, Flash Foods is not a citizen of Georgia.

6. In her Complaint, Pinkston contends she "incurred medical expenses in excess of $82,779.10 and lost wages in excess of $1.00". *See* Complaint at ¶ 24. Thus, the matter in dispute exceeds the jurisdictional threshold of $75,000, exclusive of interests and costs.

7. A copy of all pleadings and orders served upon Circle K is filed with this Notice and attached hereto as collective **EXHIBIT 1**.

8. Flash Foods will give written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d).

9. Flash Foods will file a copy of this Notice of Removal with the Clerk of the Superior Court for Newton County, Georgia as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Flash Foods requests this action proceed in this Court as an action properly removed to it pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

This 15th day of January, 2021.

    Respectfully submitted,

    **CARR ALLISON**

    By:   /s/    Sean W. Martin
          **SEAN W. MARTIN, GA BPR #474125**
          *Attorney for Defendant Flash Foods, LLC*
          736 Market Street, Suite 1320
          Chattanooga, TN 37402
          (423) 648-9832 / (423) 648-9869 FAX
          swmartin@carrallison.com

## **CERTIFICATE OF COMPLAINCE**

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 15th day of January, 2021.

By: /s/     Sean W. Martin
**SEAN W. MARTIN, GA BPR #474125**

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David T. Dorer, Esq.
Dozier Law Firm, LLC
P.O. Box 13
Macon, GA 31202

By: /s/     Sean W. Martin
**SEAN W. MARTIN, GA BPR #474125**