## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **CHASITY PINKSTON**, | * |
| | * |
| Plaintiff, | * |
| | *   No. 1:21-cv-00257-TCB |
| v. | * |
| | *   JURY DEMANDED |
| **FLASH FOODS, LLC; JOHN DOE A**; | * |
| and **JOHN DOES NO.'S 1-10** | * |
| | * |
| Defendants. | * |

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate the Plaintiff's claims and causes of action against the Defendant are hereby dismissed with prejudice. This Stipulation of Dismissal is approved by all parties who have appeared in this matter as reflected by their signatures below. The parties will bear their own costs and attorneys' fees.

    Respectfully submitted,

    **DOZIER LAW FIRM**

    By:   /s/ David Thomas Dorer
          **DAVID THOMAS DORER, GA BPR #934408**
          Attorneys for Plaintiff
          P.O. Box 13
          Macon, GA 31202
          (478) 742-8441 / (478) 745-9097 FAX
          dorer@dozierlaw.com

CARR ALLISON

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BPR #474125**
Attorney for Defendant
736 Market Street, Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (423) 648-9869 FAX
swmartin@carrallison.com

## CERTIFICATE OF COMPLAINCE

Pursuant to Local Rule 7.1(D), I hereby certify the foregoing document complies with the font and point selections permitted by Local Rule 5.1(B). This document was prepared on a computer using Times New Roman font in 14 point.

This 10th day of June, 2022.

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BPR #474125**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David T. Dorer, Esq.
Dozier Law Firm, LLC
P.O. Box 13
Macon, GA 31202

By: /s/ Sean W. Martin
**SEAN W. MARTIN, GA BPR #474125**